1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  PATRICK SNYDER,
5  Special Assistant United States Attorney
6        160 Spear Street, Suite 800
          San Francisco, California 94105
7         Telephone: (415) 977-8927
8         Facsimile: (415) 744-0134
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MARIE PAIGE BLACK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. 2:18-cv-03022-DB<br><br>**STIPULATION AND ORDER TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to develop and analyze the medical evidence from the comparison point decision (CPD) pursuant to agency policy and regulations. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: November 25, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY: */s/ Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: November 25, 2019

BY: *Jesse Kaplan*
JESSE KAPLAN
Attorneys for Plaintiff

(as authorized by email on 11.25.19)

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

DATED: December 3, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the parties' stipulation, the Clerk of the Court shall enter judgment for plaintiff and close this case.